# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

156193

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL ESTEBAN BENAVIDES,
      Defendant-Appellant.

SC: 156193
COA: 337882
Kent CC: 16-002013-FC

_____/

On order of the Court, the application for leave to appeal the June 2, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk

t0329